IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

SUNFLOWER LICENSING LLC,

                Plaintiff,

          v     .

GOPRO, INC.,

               Defendant.

C.A. No.  21-1813 (RGA)

## STIPULATION AND PROPOSED ORDER TO EXTEND TIME

IT IS HEREBY STIPULATED by the parties, subject to the approval of the Court, that the time for Defendant GoPro, Inc. to move, answer or otherwise respond to the Complaint is extended for forty-five (45) days, or until March 7, 2022.

CHONG LAW FIRM, P.A.

*/s/ Jimmy Chong*
Jimmy Chong (#4839)
2961 Centerville Road, Suite 350
Wilmington, DE 19808
(302) 999-9480
chong@chonglawfirm.com

*Attorneys for Plaintiff*
*Sunflower Licensing LLC*

FISH & RICHARDSON P.C.

By: */s/ Susan E. Morrison*
Susan E. Morrison (#4690)
222 Delaware Avenue, 17th Floor
Wilmington, DE 19801
(302) 652-5070
morrison@fr.com

*Attorneys for Defendant*
*GoPro, Inc.*

Dated:  January 19, 2022

SO ORDERED this _____ day of _____, 2022.

_____
Honorable Richard G. Andrews